GEOFFREY A. HANSEN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BOLDS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0697 CRB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE |
| | ) | |
| v. | ) | |
| | ) | |
| RODERICK HAROLD BOLDS | ) | |
| | ) | |
| Defendant. | ) | |

The parties jointly request that, subject to the Court's approval, the status conference presently set for April 11, 2012 be continued to June 6, 2012 at 2:00 pm.

The parties are currently in negotiations over a potential resolution of this matter and believe that additional time is necessary to complete those negotiations. Moreover, government counsel recently disclosed additional discovery and defense counsel requires time to investigate legal and factual matters that are critical to the case. Finally, according to the Court's online schedule, the Court is unavailable from May 8, 2012 to June 1, 2012. Accordingly, the parties jointly request that the status conference be continued from April 11, 2012 to June 6, 2012.

For the above reasons, the parties stipulate there is good cause – taking into account the

public interest in the prompt disposition of this case – to exclude the time from April 11, 2012 to June 6, 2012 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from April 11, 2012 to June 6, 2012 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| 4/5/12 | /s/ |
|---|---|
| DATED | OWEN MARTIKAN |
|  | Assistant United States Attorney |

| 4/5/12 | /s/ |
|---|---|
| DATED | JODI LINKER |
|  | Assistant Federal Public Defender |

IT IS SO ORDERED.

| 4/6/12 | |
|---|---|
| DATED | CHARLES R. BREYER |
|  | United States District Judge |

Stipulation & [~~Proposed~~] Order to Continue;
*US v. Bolds*, Case No. 11-0697 CRB            2