# EXHIBIT A

June 26, 2014

Your Honor

My name is Kelli Dunnaway, I am Roderick Bolds sister. I'm writing this letter to you in support of my brother. I understand that my brother was found guilty of sex trafficking of a minor. I don't agree with what he has done, but I still and will always be there for him. I want to explain why I support my brother. I know you always hear from family's of how he's really not a bad person. To let you know a little about his life. My brother was force to grow up as a child and take care of me. My mother wasn't really there for us. She was to busy trying to find out where she was going to get her next fix. Our dad wasn't there either and when he was we were just punching bags for him. My brother was only 14 years old, and couldn't get a job because of his age. Roderick was force to go out and sell drugs, so he can provide for me. He made sure I had food, clothes, and most of all he made sure I went to school. If it wasn't for him I know I wouldn't have went to school. I probably be in and out of jail, on welfare, and doing nothing with my life. When my mom got on drugs that was the hardest thing for us. My mom and my brother were like best friends. My brother tried several times to get my mom help, but it just was to late. When she died I really think a big piece of my brother died also. My brother did everything he could to make sure I didn't turn out like that. My brother dedicated his whole childhood life to make sure I was taken care of. I owe my brother everything. If it wasn't for my brother I wouldn't be the mother that I am to my three kids. I wouldn't have the career in law enforcement. Your honor, I'm not asking for you to let my brother go, cause I know he did wrong. I just ask that you please not take him away for to long. When my brother gets out I plan for him to come and live with me, so I can help him to change his life around. I want to thank you for letting me tell you about us.

Thank you again,



Kelli Dunnaway