CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6840
      FAX: (415) 436-7234
      Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 11-CR-0697 CRB |
| Plaintiff, | ) |
| v. | ) **[PROPOSED] DETENTION ORDER** |
| RODERICK BOLDS, | ) |
| Defendant. | ) |

On May 6, 2026, defendant Roderick Bolds was charged by an Amended Form 12 Petition with violating the conditions of his supervised release in violation of Title 18, United States Code, Section 3583.

This matter came before the Court on May 15, 2026, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Taylor Fatherree. Assistant United States Attorney Kevin Barry appeared for the government. The government moved for detention, and the Defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the Defendant has not met his burden under Federal Rule of Criminal Procedure 32.1 to establish clear and convincing evidence that a condition or combination of conditions

will reasonably assure the safety of any other person or the community, or that the Defendant will not flee, if the Defendant is released from custody. Accordingly, the Defendant must be detained pending resolution of the Form 12 in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons. As noted on the record, the Court makes the following findings as the bases for its conclusion: the Form 12 alleges, at a minimum, that the Defendant is associating with people who are committing dangerous crimes (specifically, the car he was living in was used to commit a carjacking, even though Defendant did not himself commit the carjacking); his use of a device to defeat the condition of drug testing indicates that the Defendant will not abide by any conditions; and the Defendant effectively absconded from supervision. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Accordingly, IT IS ORDERED THAT:

1. The Defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 20, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge