JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
TAYLOR FATHEREE, Bar No. 358709
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Jodi_Linker@fd.org

Counsel for Defendant BOLDS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 11-697 CRB |
| Plaintiff, | **[PROPOSED] ORDER FOR RELEASE FROM CUSTODY** |
| v. | |
| RODERICK BOLDS, | |
| Defendant. | |

///

///

///

///

///

///

///

///

For the reasons stated on the record, and good cause appearing, defendant Roderick Bolds is hereby ORDERED released from the custody of the U.S. Marshal Service forthwith. Mr. Bolds is ordered to participate in a residential treatment program as directed by the United States Probation Officer. All other terms and conditions of supervised release previously ordered remain in effect.

IT IS SO ORDERED.

May 29, 2026
Dated

HONORABLE CHARLES R. BREYER
United States District Judge

[PROPOSED] RELEASE ORDER
*U.S. v. BOLDS,* CR-11-697 CRB